

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00235-CR

**JAMES ELLIS FREE,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

## From the 220th District Court
## Bosque County, Texas
## Trial Court No. CR14309

_____

## MEMORANDUM  OPINION

_____

James Ellis Free was convicted of the felony offense of driving while intoxicated and sentenced to seven years in prison.  *See* TEX. PENAL CODE ANN. § 49.04 (West Supp. 2012).  By letter dated August 7, 2012, the Clerk of this Court notified Free that his appeal was subject to dismissal because the notice of appeal appeared to be untimely. *See* TEX. R. APP. P. 26.2(a)(2); 44.3.  The Clerk further warned Free that his appeal would be dismissed unless, within 21 days from the date of the letter, a response was filed showing grounds for continuing the appeal.  More than 21 days have passed and no response has been filed.

The appeal is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed September 6, 2012
Do not publish
[CR25]